1 | STEVEN G. ROSALES
ATTORNEY AT LAW 222224
2 | LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
3 | SANTA FE SPRINGS, CALIFORNIA  90670-4712

4 | TEL: 562/868-5886
FAX:  562/868-5491
5 | E-MAIL: rohlfing_office@msn.com

6 | Attorney for plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| LYANNA GARCIA, | ) Case No.:  CV 09-3445 PJW |
|---|---|
| Plaintiff, | ) ORDER |
| vs. | ) |
| MICHAEL J. ASTRUE, Commissioner Social Security, | ) |
| Defendant | ) |

TO THE HONORABLE PATRICK J. WALSH, MAGISTRATE JUDGE OF THE DISTRICT COURT:

///

///

///

///

///

1  IT IS HEREBY ORDERED, based on the stipulation by and between the
2  parties, through their respective counsel, that the court dismisses the above matter
3  without prejudice. Each side to bear her own costs and expenses, including but not
4  limited to attorney's fees.

7  IT IS SO ORDERED.
8  DATE: January 28, 2010

THE HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE